# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV 22-02085-DDP-(JEMx) | Date    July 11, 2022 |
| Title | Apartment Association of Los Angeles County, Inc. et al v. County of Los Angeles, et al. | |

| Present: The Honorable | DEAN D. PREGERSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Patricia Gomez for Krystal Pastrana Hernandez | Maria Bustillos | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Douglas J. Dennington | | Jesse Bernard Levin |

Proceedings:

PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [17]

    Case called, and counsel make their appearance. Arguments by counsel are heard. For reasons stated on the record, the Court takes the matter under submission. An order will issue.

                                                                                                                       :    22

                                                                                 Initials of Preparer    PG