# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Na'eem A. Conway | 2a. Contact Phone Number: 212-891-1666 | 3a. Contact E-mail Address: nconway@jenner.com |
| 1b. Attorney Name (if different): Daniel Weiss | 2b. Attorney Phone Number: | 3b. Attorney E-mail Address: dweiss@jenner.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

5. Name & Role of Party Represented:

6. Case Name: Apartment Association of Los Angeles County, Inc. et al v. County of Los Angeles et al

7a. District Court Case Number: 2:22-cv-02085
7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Maria Bustillos

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal ☒ Non-Appeal ☐ Criminal ☒ Civil ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/2022 | 25 | Pregerson | Motion Hearing | ● | ○ | ○ | ○ | ○ | ○ | ● | 3-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 07/26/2022    Signature: /s/ Na'eem A. Conway

G-120 (06/18)