Douglas J. Dennington (State Bar No. 173447)
ddennington@rutan.com
Jayson Parsons (State Bar No. 330458)
jparsons@rutan.com
Erik Leggio (State Bar No. 340375)
eleggio@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiffs
APARTMENT ASSOCIATION OF LOS
ANGELES COUNTY, INC., dba "APARTMENT
ASSOCIATION OF GREATER LOS ANGELES,"
and APARTMENT OWNERS ASSOCIATION OF
CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APARTMENT ASSOCIATION OF LOS ANGELES COUNTY, INC., dba "APARTMENT ASSOCIATION OF GREATER LOS ANGELES," and APARTMENT OWNERS ASSOCIATION OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 2:22-CV-02085-DDP-JEM <br><br> Judge: Hon. Dean D. Pregerson <br><br> **NOTICE OF CONDITIONAL SETTLEMENT** <br><br><br> Date Action Filed: March 7, 2022 <br> Trial Date: December 5, 2023 |

TO THE HONORABLE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Apartment Association of Los Angeles County, Inc. dba Apartment Association of Greater Los Angeles ("AAGLA") and Defendant County of Los Angeles ("County"), by and through their attorneys of record, have reached a conditional settlement in the above-

2590/036254-0004
19864713.1 a10/30/23

-1-

Case No. 2:22-CV-02085-DDP-JEM
NOTICE OF CONDITIONAL SETTLEMENT

Rutan & Tucker, LLP
attorneys at law

captioned action. This settlement is conditioned upon the County's internal claims administration process and, ultimately, the approval of the Los Angeles County Board of Supervisors, which, at present, is anticipated to take no greater than six (6) months to complete.

    ALL PARTIES therefore respectfully request that this Court vacate all pending dates, move this matter to "inactive" status, and retain jurisdiction over this matter for a period of six (6) months pending full and final resolution of all administrative requirements and Board approval.

Dated: October 30, 2023

RUTAN & TUCKER, LLP
DOUGLAS J. DENNINGTON
JAYSON PARSONS
ERIK LEGGIO

By:    */s/ Douglas J. Dennington*
Douglas J. Dennington
Attorneys for Plaintiffs
APARTMENT ASSOCIATION OF LOS ANGELES COUNTY, INC., dba "APARTMENT ASSOCIATION OF GREATER LOS ANGELES," and APARTMENT OWNERS ASSOCIATION OF CALIFORNIA, INC.

Dated: October 30, 2023

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
JESSE B. LEVIN

By:    */s/ Jesse B. Levin*
JESSE B. LEVIN
Attorneys for Defendant
COUNTY OF LOS ANGELES

Rutan & Tucker, LLP
attorneys at law

2590/036254-0004
19864713.1 a10/30/23

-2-

Case No. 2:22-CV-02085-DDP-JEM
NOTICE OF CONDITIONAL SETTLEMENT