Douglas J. Dennington (State Bar No. 173447)
ddennington@rutan.com
Jayson Parsons (State Bar No. 330458)
jparsons@rutan.com
Erik Leggio (State Bar No. 340375)
eleggio@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Plaintiffs
APARTMENT ASSOCIATION OF LOS
ANGELES COUNTY, INC., dba "APARTMENT
ASSOCIATION OF GREATER LOS ANGELES,"
and APARTMENT OWNERS ASSOCIATION OF
CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APARTMENT ASSOCIATION OF LOS ANGELES COUNTY, INC., dba "APARTMENT ASSOCIATION OF GREATER LOS ANGELES," and APARTMENT OWNERS ASSOCIATION OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 2:22-CV-02085-DDP-SSCx <br><br> Judge:  Hon. Dean D. Pregerson <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br> **[Fed. R. Civ. P. 41(a)]** <br><br> Date Action Filed:  March 7, 2022 <br> Trial Date:             July 30, 2024 |

Rutan & Tucker, LLP
attorneys at law

2590/036254-0004
20614017.1 a05/21/24

-1-

Case No.  2:22-CV-02085-DDP-SSCx
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff APARTMENT ASSOCIATION OF LOS ANGELES COUNTY, INC., dba "APARTMENT ASSOCIATION OF GREATER LOS ANGELES" and APARTMENT OWNERS ASSOCIATION OF CALIFORNIA INC., ("Plaintiffs"), on the one hand, and Defendant COUNTY OF LOS ANGELES ("Defendant"), on the other, hereby stipulate pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), that this action be dismissed with prejudice as to all claims, causes of action, and parties.

Dated:  May 21, 2024

RUTAN & TUCKER, LLP
DOUGLAS J. DENNINGTON
JAYSON PARSONS
ERIK LEGGIO

By: _____/s/ Douglas J. Dennington_____
Douglas J. Dennington
Attorneys for Plaintiffs
APARTMENT ASSOCIATION OF LOS ANGELES COUNTY, INC., dba "APARTMENT ASSOCIATION OF GREATER LOS ANGELES," and APARTMENT OWNERS ASSOCIATION OF CALIFORNIA, INC.

Dated:  May 21, 2024

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
JESSE B. LEVIN

By: _____/s/ Jesse B. Levin_____
JESSE B. LEVIN
Attorneys for Defendant
COUNTY OF LOS ANGELES

Rutan & Tucker, LLP
attorneys at law

2590/036254-0004
20614017.1 a05/21/24

-2-

Case No.  2:22-CV-02085-DDP-SSCx
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE